## COMMONWEALTH vs. JOHN GRIFFIN.

A private conversation between husband and wife who thought that no one overheard them, may be testified to by a concealed listener.

INDICTMENT for manslaughter. At the trial, before *Rockwell*, J., the Commonwealth offered to prove a conversation as to the alleged homicide between the defendant and his wife, while confined in jail, from the testimony of two officers who concealed themselves in the jail for the purpose of listening to the conversation, without the defendant and his wife knowing that the witnesses or any other persons were in hearing of them. The defendant objected to the admission of this testimony, but the judge admitted it. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*C. A. F. Swan*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT. There is no rule of law requiring that third persons who hear a private conversation between husband and wife shall be restrained from introducing it in their testimony.

*Exceptions overruled.*